# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

April 3, 2005

James E. Burns, Jr.
Orrick Herrington & Sutcliffe LLP
Old Federal Reserve Bank Building
400 Sansome Street
San Francisco, CA 94111-3143

RE   James Blevins v. RS Investment Trust, et al (MDL)
     JFM-05-CV-874

Dear Counsel/Party

The above-captioned case has been transferred from U.S. District Court Northern District of California (San Francisco) and assigned the case number above. The case: [X ] is [ ] is not subject to this Court's electronic filing requirements and procedures. Our records show that:

[ X ]  You are not a member in good standing of our bar. Your appearance has not been entered in this case and the Court will not send you copies of orders and other documents. Within ten (10) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance. For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: www.mdd.uscourts.gov. If you were previously a member and have a question about your status you may contact one of our attorney admission specialists: Catherine Scaffidi at (301) 344-3220 or Tina Stavrou at (410) 962-3552. Once you have been admitted, you **should** register to use CM/ECF.

[ ]  You are not a registered CM/ECF user. To register, go to the Court's web site: www.mdd.uscourts.gov and fill in the on-line registration form. Information about electronic filing procedures and requirements is available on the web site. Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. The Court does not mail paper copies of orders and other documents which are filed electronically.

Sincerely yours,

/s/

Felicia C. Cannon, Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov